

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: <abuse@cloudflare.com>

**Via First Class Mail**
Copyright Agent, Justin Paine
Cloudflare
101 Townsend Street
Legal Department
San Francisco, CA 94107

June 17, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Cloudflare

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act
on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner AMBI Distribution Corp.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works at a single online site are covered by a single notification, a representative
list of such works on that site.

Infringement of the motion picture **Haymaker** at the websites:
https://mycima.dev:2053/watch/%D9%85%D8%B4%D8%A7%D9%87%D8%AF%D8%A9-
%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

<span style="color:red">Exhibit "1"</span>

Page 2

https://w.egydead.com/%D9%85%D8%B4%D8%A7%D9%87%D8%AF%D8%A9-
%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

https://tuktukcinema.net/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85-%D8%A7%D9%88%D9%86-
%D9%84%D8%A7%D9%8A%D9%86/

Identification of the material that is claimed to be infringing or to be the subject of
infringing activity and that is to be removed or access to which is to be disabled, and
information reasonably sufficient to permit cloudflare.com to locate the material.

(1) stream and copy of the motion picture **Haymaker** distributed at following web
domains:

| Website |
| --- |
| Mycima.dev |
| egydead.com |
| tuktukcinema.net |

(2) screenshots below

Information reasonably sufficient to permit cloudflare.com to contact the Complaining
Party, such as an address, telephone number, and, if available, an electronic mail address at
which the Complaining Party may be contacted.

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

A statement that the Complaining Party has a good faith belief that use of the material
in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Page 3

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, AMBI Distribution Corp. of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/
Joshua Lee

Screenshots:

Mycima.dev



Page 4



Page 5



Egydead.com

Page 6





Page 7





Page 8







# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: < copyrightclaims@godaddy.com>

**Via First Class Mail**
Copyright Agent
GoDaddy.com, LLC
14455 N. Hayden Rd.
Scottsdale, AZ  85260

June 17, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Godaddy

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act
on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner AMBI Distribution Corp.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works at a single online site are covered by a single notification, a representative
list of such works on that site.

Infringements of the motion picture **Haymaker** at the websites:
https://in.arbcinema.com/movies/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

https://arabseed.onl/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

Page 2

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Godaddy to locate the material.</u>

(1) streams and copies of the motion picture **<u>Haymaker</u>** distributed at following web domains:

| Website |
|---|
| Arabcinema.com |
| Arabseed.onl |

(2) Screenshots provided below

<u>Information reasonably sufficient to permit Godaddy to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

Page 3

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>AMBI Distrubution Corp.,</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/
Joshua Lee

Screenshots:

Arabcinema.com



Arabseed.onl

Page 4



Page 5





Page 6






# CULPEPPER IP, LLLC

### ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

KERRY S. CULPEPPER *

TEL: (808) 464-4047
FAX: (202) 204-5181

JOSHUA LEE**

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

WWW.CULPEPPERIP.COM

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

PATENTS, TRADEMARKS & COPYRIGHTS

**<u>Via Email</u>**: < abuse@name.com >

Name.com Inc.
414 14th Street #200
Denver, Colorado 80202
Fax: +1 720.235.0091

June 17, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Name.com

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act
on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner <u>AMBI Distribution Corp.</u>

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works at a single online site are covered by a single notification, a representative
list of such works on that site.

Infringement of the motion picture **<u>Haymaker</u>** at the website:
https://m.shahid4u.land:2053/film/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85-%D8%A7%D9%88%D9%86-
%D9%84%D8%A7%D9%8A%D9%86

Identification of the material that is claimed to be infringing or to be the subject of
infringing activity and that is to be removed or access to which is to be disabled, and
information reasonably sufficient to permit Name.com to locate the material.

Page 2

(1) stream and copy of the motion picture **Haymaker** distributed at following web domain:

| Website |
|---|
| shahid4u.land (redirects to shahed4u.onl) |

(2) Screenshots below

Information reasonably sufficient to permit Name.com to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, AMBI Distribution Corp. of an exclusive right that is allegedly infringed.

Page 3

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>AMBI Distribution Corp.,</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/

Joshua Lee

Screenshots

Arabtrix.club



Page 4





 

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAIʻI
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: < legal@namecheap.com>

**Via First Class Mail**
Sergio Hernandez
Namecheap, Inc. Legal
4600 East Washington Street, Suite 305
Phoenix, AZ  85034

June 17, 2021

> Re: Copyright Claim of allegation of contributory copyright
> infringement on websites registered or affiliated with Namecheap

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner AMBI Distribution Corp.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.

Infringements of the motion picture **Haymaker** at the websites:

https://www.cimahouse.club/movies/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

https://cimaclub.work/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-%D9%85%D8%AA%D8%B1%D8%AC%D9%85-2/

Page 2

https://cimalina.com/%D9%85%D8%B4%D8%A7%D9%87%D8%AF%D8%A9-
%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

https://mazika2day.live/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85

https://akwam.fun/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

<u>Identification of the material that is claimed to be infringing or to be the subject of
infringing activity and that is to be removed or access to which is to be disabled, and
information reasonably sufficient to permit Namecheap to locate the material.</u>

(1) streams and copies of the motion picture **Haymaker** distributed at following web
domain:

| Website |
|---|
| Cimahouse.club |
| Cimaclub.work |
| Cimalina.com |
| Mazika2day.live |
| Akwam.fun |

(2) Screenshots provided below

<u>Information reasonably sufficient to permit Namecheap to contact the Complaining
Party, such as an address, telephone number, and, if available, an electronic mail address at
which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

Page 3

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>AMBI Distribution Corp.</u>, of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/

Joshua Lee

Screenshots:



Page 4





Page 5





 

# CULPEPPER IP, LLLC

ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**Via Email**: < legal@namesilo.com>

**Via First Class Mail**
Kristaps Ronka
NameSilo, LLC
1300 E. Missouri Avenue, Suite A-110
Phoenix, AZ  85014

June 17, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Namesilo

Dear Sir or Madam:

A physical or electronic signature of the copyright owner, or a person authorized to act
on behalf of the owner, of an exclusive copyright that has allegedly been infringed.

Joshua Lee authorized to act on behalf of owner AMBI Distribution Corp.

/Joshua Lee/

Identification of the copyrighted work claimed to have been infringed, or, if multiple
copyrighted works at a single online site are covered by a single notification, a representative
list of such works on that site.

Infringements of the motion picture **Haymaker** at the websites:
https://arabtrix.club/movies/%D9%81%D9%8A%D9%84%D9%85-haymaker-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

https://e7na.online/%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85/

Page 2

https://shof2day.com/%D8%AA%D8%AD%D9%85%D9%8A%D9%84-
%D9%88%D9%85%D8%B4%D8%A7%D9%87%D8%AF%D8%A9-
%D9%81%D9%8A%D9%84%D9%85-haymaker-2021-
%D9%85%D8%AA%D8%B1%D8%AC%D9%85-%D8%A7%D9%88%D9%86-
%D9%84%D8%A7%D9%8A%D9%86/

Identification of the material that is claimed to be infringing or to be the subject of
infringing activity and that is to be removed or access to which is to be disabled, and
information reasonably sufficient to permit Namesilo to locate the material.

(1) streams and copies of the motion picture **Haymaker** distributed at following web
domain:

| Website |
| --- |
| Arabtrix.club |
| E7na.online |
| Shof2day.com |

Information reasonably sufficient to permit Namesilo to contact the Complaining Party,
such as an address, telephone number, and, if available, an electronic mail address at which the
Complaining Party may be contacted.

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

A statement that the Complaining Party has a good faith belief that use of the material
in the manner complained of is not authorized by the copyright owner, its agent, or the law.

I have a good faith belief that use of the material in the manner complained of is not
authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

Page 3

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>AMBI Distribution Corp.,</u> of an exclusive right that is allegedly infringed.

Sincerely,
/Joshua Lee/

Joshua Lee

Screenshots

Arabtrix.club



Page 4

E7na.online



Shof2day.com






# CULPEPPER IP, LLLC

### ATTORNEY AT LAW

75-170 HUALALAI ROAD, SUITE B204
KAILUA-KONA, HI 96740

TEL: (808) 464-4047
FAX: (202) 204-5181

WWW.CULPEPPERIP.COM

PATENTS, TRADEMARKS & COPYRIGHTS

KERRY S. CULPEPPER *

* ADMITTED TO PRACTICE IN VIRGINIA, HAWAI'I
AND BEFORE THE USPTO

JOSHUA LEE**

** ADMITTED TO PRACTICE IN
WASHINGTON AND BEFORE THE
USPTO

**<u>Via First Class Mail</u>**
DMCA Complaints
YouTube (Google LLC)
901 Cherry Ave.
San Bruno, CA 94066

June 17, 2021

Re: Copyright Claim of allegation of contributory copyright
infringement on websites registered or affiliated with Youtube

Dear Sir or Madam:

<u>A physical or electronic signature of the copyright owner, or a person authorized to act on behalf of the owner, of an exclusive copyright that has allegedly been infringed.</u>

Joshua Lee authorized to act on behalf of owner <u>AMBI Distribution Corp.</u>

/Joshua Lee/

<u>Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works on that site.</u>

Infringements of the motion picture **<u>Haymaker</u>** at the websites:

https://www.youtube.com/watch?v=rwI3Cnyxmak

https://www.youtube.com/watch?v=OYCn847ks10

<u>Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Youtube to locate the material.</u>

Page 2

(1) streams and copies of the motion picture **Haymaker** distributed at following web domain:

| Website |
| --- |
| https://www.youtube.com/watch?v=rwI3Cnyxmak |
| https://www.youtube.com/watch?v=OYCn847ks10 |

<u>Information reasonably sufficient to permit Youtube to contact the Complaining Party, such as an address, telephone number, and, if available, an electronic mail address at which the Complaining Party may be contacted.</u>

Joshua Lee, Esq.,

Culpepper IP, LLLC,

75-170 Hualalai Road,

Suite B204,

Kailua-Kona, Hawaii 96740

US Tel 1-808-464-4047

joshua.lee@culpepperip.com

<u>A statement that the Complaining Party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.</u>

I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

Further, I have considered fair use.

<u>A statement that the information in the notification is accurate, and under penalty of perjury, that the Complaining Party is the owner, or is authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.</u>

The information in the notification is accurate, and under penalty of perjury, I am authorized to act on behalf of the owner, <u>AMBI Distribution Corp.,</u> of an exclusive right that is allegedly infringed.

Page 3

Sincerely,
/Joshua Lee/

Joshua Lee

Screenshots

https://www.youtube.com/watch?v=rwI3Cnyxmak



Page 4



Page 5



Page 6



https://www.youtube.com/watch?v=OYCn847ks10



Page 7



Page 8

